MILTON SNEDEKER CORP. *v.* UNITED STATES

No. 4708.—Invoice dated Liverpool, England, March 4, 1939.
  Certified March 6, 1939.
  Entered at New York March 18, 1939.
  Entry No. 815621.

(Decided January 22, 1940)

*Barnes, Richardson & Colburn* (*Hadley S. King* of counsel) for the plaintiff.
*Webster J. Oliver*, Assistant Attorney General (*Samuel D. Spector*, special attorney), for the defendant.

BROWN, Judge: In the circumstances here an informal opinion seems to be all that is required. The evidence before me sufficiently connects the case at bar with the test case, reappraisement 118119–A, Reap. Dec. 4516. I therefore find the United States value, as that value is defined in section 402 (e) of the Tariff Act of 1930, is the proper basis for the determination of the value of the merchandise here involved, and that such values are as set forth in schedule A, attached to my decision herein and made a part hereof. Judgment will be rendered accordingly.

## Schedule "A"

| | U. S. value |
|---|---|
| Speed Boat (1) | $0. 42 each. |
| Speed Boat (2) | 1. 06 each. |
| Speed Boat (3) | 1. 40 each. |
| Speed Boat (4) | 1. 62 each. |
| Speed Boat (5) | 1. 56 each. |
| Speed Boat "Racer I" | . 67 each. |
| Speed Boat "Racer II" | 1. 14 each. |
| Speed Boat "Racer III" | 1. 43 each. |
| Aeroplane Outfits (0) | . 62 each. |
| Aeroplane Outfits (1) | 1. 19 each. |
| Aeroplane Outfits (2) | 2. 00 each. |
| Aeroplane Outfits (2S) | 3. 58 each. |
| Motor Car (1) | 1. 41 each. |
| Motor Car (2) | 2. 74 each. |
| No. 2 Corridor Coaches, 1st/3rd | . 91 each. |
| No. 2 Corridor Coaches, Brake/ Comp | . 91 each. |
| Cattle Truck (2) | . 50 each. |
| Luggage Van (2) | . 50 each. |
| Breakdown Van & Crane | . 60 each. |
| Snow Plough | . 41 each. |
| Trolley Wagon w/Cable Drum | . 55 each. |
| No. 2 High Capacity Wagon | . 47 each. |
| Station (4E) | 1. 17 each. |
| Island Platform Electric | . 86 each. |
| Passenger Platform | . 24 each. |
| Buffer Stop (2A) | . 30 each. |
| Oil Can (2) | . 52 each. |
| Rail (EB3) | . 24 each. |
| Rail (EA3) | . 26 each. |
| Pair TSR | . 02 each. |
| Pair EPR 3/L3, Points | 1. 89 pair. |
| Box Fishplates | . 06 dozen. |
| Sets D1 Miniatures | . 16 box. |
| Sets D2 Miniatures | . 16 box. |
| Boxes D1 Buffer Stops (box of 6=36 pcs.). | . 12 each piece. |
| Boxes D1 Signals (box of 6=36 pcs.). | . 14 each piece. |
| Boxes D2 Signals (boxes of 6= 36 Pcs.) | . 19 each piece. |

*Dinky Toys*

| | |
|---|---|
| Sets (42) | . 24 set. |
| Only (26) | . 06 each. |
| Only (26Z) | . 06 each. |
| Only (52A) | . 18 each. |
| Only (52C) | . 18 each. |
| Only (46) | . 08 each. |
| Set (60) | . 31 set. |
| Set (61) | . 30 set. |
| Set (12) | . 28 set. |
| Set (23) | . 26 set. |
| Set (36) | . 74 set. |
| Set (24) | . 82 set. |
| Set (28/1) | . 33 set. |
| Set (35) | . 12 set. |
| Set (47) | . 18 set. |
| Set (19) | . 32 set. |
| Set (15) | . 21 set. |
| Only (37B) | . 06 each. |
| Only (47A) | . 02 each. |
| Only (60G) | . 05 each. |
| Only (60V) | . 09 each. |
| Only (60T) | . 08 each. |
| Only (62N) | . 12 each. |

| | U. S. value |
|---|---|
| Only (34A) | $0. 08 each. |
| Only (29C) | . 14 each. |
| Only (22H) | . 05 each. |
| Only (14Z) | . 114 each. |
| Sets (30) | . 51 set. |
| Sets (33) | . 32 set. |
| Only (36G) | . 10 each. |
| Only (29B) | . 07 each. |
| Only (27) | . 05 each. |
| Only (29A) | . 05 each |
| Only (30F) | . 10 each. |
| Only (25C) | . 08 each. |
| Only (22C) | . 06 each. |
| Only (25A) | . 08 each. |
| Only (37C) | . 06 each. |
| Only (48) | . 18 each. |
| Sets (49) | . 15 set. |
| Sets (43) | . 20 set. |
| Sets (44) | . 23 set. |
| Pr. Fencing w/Trees | . 31 pair. |
| Boxes Assorted Trees | . 21 box. |
| Boxes Hedging | . 31 box. |
| Boxes Station Hoardings | . 04 box. |
| Pkt Poster Boards | . 30 dozen packets. |
| Pkt Posters (1) | . 06 packet. |
| Box Signals (box of 6=6 pcs.) (D2) | . 18 each piece. |
| Boxes Miniatures (D2) | . 16 box. |
| Station (D1) | . 69 each. |
| Goods Platform (D1) | . 39 each. |
| Set (1) | . 30 set. |
| Set (2) | . 30 set. |
| Set (4) | . 30 set. |
| Set (3) | . 30 set. |
| Set (5) | . 31 set. |
| Set (44) | . 23 set. |
| Set (28/1) | . 33 set. |
| Set (30) | . 51 set. |
| Set (25) | . 49 set. |
| Only (37A) | . 06 each. |
| Only (37B) | . 06 each. |
| Only (25C) | . 08 each. |
| Only (30F) | . 10 each. |
| Set (49) | . 15 each. |
| Box (48) | . 18 box. |
| Box (45) | . 15 box. |
| Only (47A) | . 02 each. |
| Set (60) | . 31 set. |
| Only (60R) | . 13 each. |
| Only (60W) | . 11 each. |
| Only (62K) | . 09 each. |
| Only (60T) | . 08 each. |
| Only (22E) | . 09 each. |
| Set (6) | . 20 set. |
| Sets (36) | . 74 set. |
| Sets (24) | . 82 set. |
| Only (150D) | . 01 each. |
| Only (29B) | . 07 each. |
| Only (25S) | . 10 each. |
| Speed Boats (1) | . 42 each. |
| Speed Boats (2) | 1. 06 each. |
| Speed Boats (3) | 1. 40 each. |
| Speed Boats (4) | 1. 62 each |
| Speed Boats (5) | 1. 56 each. |
| Speed Boats "Racer III" | 1. 43 each. |